IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perez, Meliza

Printed: 11/04/08

Case Number: 08 B 14497
Judge: Squires, John H
Filed: 6/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | McIntosh House Con | Secured | 0.00 | 0.00 |
| 2. | Mid America Federal Savings Bank | Secured | 29,000.00 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 34.23 | 0.00 |
| 4. | Aspire | Unsecured |  | No Claim Filed |
| 5. | AT&T | Unsecured |  | No Claim Filed |
| 6. | Applied Card Services | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 10. | Credit One | Unsecured |  | No Claim Filed |
| 11. | NCB/Perfor | Unsecured |  | No Claim Filed |
| 12. | NCB/Perfor | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,034.23 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Perez, Meliza

Printed: 11/04/08

Case Number:  08 B 14497
Judge:  Squires, John H
Filed:  6/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

